# CRIMINAL COURT MINUTES

## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by ___
JUL 29 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.

Courtroom Number # 2    Date: 07/29/2013    Time: 10:00 A.M.

Defendant: RYAN MICHAEL FRANCIS (SURR) ✓ J#: _____    Case #: 13-8339-JMH
AUSA: RINKU TRIBUIANI ✓    Attorney: _____
Violation: 18:1029(a)(2)    Agent: GREGORY THOMPSON-USSS
Proceeding: INITIAL HEARING    CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____
Bond Set at: Continued on Bond as set in M/D of Fl.
$25,000 PSB    Co-signed by: _____

☒ All standard conditions  *issued in open court today*
☒ Surrender and/or do not obtain passport/travel docs
☒ Report to PTS as directed/or ___ in W/PB x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☒ Travel extended to: S/D of Florida &
☐ Other: M/D of Florida

Language: ENGLISH

Disposition: Initial & Bond held. Deft. present - sworn in & advise of rights. Deft. states he has counsel, Ken Deon, but could not be present today. Court adopts bond & all conditions as set in M/D of Fl. All conditions remain in full force & effect.

Deft. must NOT drive on a suspended license.

D will need court's permission to stay overnight out of the S/D of Florida.

3 days prior to pick up & return child the same day, D is required to notify PTS of all travel.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 8-5-13   10AM   Duty MAG.   W/PB
PTD/Bond Hearing:
Prelim/Arraign or Removal: 8-19-13   10AM   "   "
Status Conference RE:
D.A.R. 10:12:14 / 10:31:15 / 10:54:52    Time in Court: 25 mins
Courtroom Deputy: Sandra Acevedo